UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| YVONNE L. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00172-RLY-TAB |
| | ) | |
| PAIGE BOVA KERVAN, | ) | |
| MARY DOZIER, and | ) | |
| AMBER COLEMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Consistent with the court's Entry dated today granting summary judgment for Defendants Paige Bova Kervan and Mary Dozier on Plaintiff Yvonne L. Davis's federal claims and relinquishing jurisdiction over Plaintiff's state law claims, the court now enters final judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED** this 14th day of July 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record

1